### 51756. GILBERT v. THE STATE.

QUILLIAN, Judge.

Appeal was taken from a judgment revoking the defendant's probation of a three-year sentence for theft by receiving stolen property. *Held:*

1. The first enumeration of error is that: "The trial court erred in its failure to sustain the appellant's objection that he had not violated a criminal law of a governmental unit on the grounds that a city ordinance passed by the City Commission of the City of Albany is not a criminal law in the State of Georgia."

Code Ann. § 27-2711 (Ga. L. 1956, pp. 27, 32; 1958, pp. 15, 23; 1965, pp. 413, 416) provides among the conditions and terms of probation that "the probationer shall . . . (9) violate no local, State or Federal laws and be of

general good behavior . . . " In this case the first condition of probation was "Do not violate the criminal laws of any governmental unit." This is, in substance, the same as provision (9) of Code Ann. § 27-2711.

While in other contexts the term criminal law may not always equate with a municipal ordinance, here the language unequivocally would include such ordinance. See in this connection *Locklear v. State,* 131 Ga. App. 536 (6) (206 SE2d 527). There is no merit to the first enumeration of error.

2. A careful examination of the remaining enumerations of error reveals that they are not meritorious.

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

---

Submitted February 4, 1976 — Decided February 19, 1976.

*Langstaff, Campbell & Plowden, R. Edgar Campbell,* for appellant.

*William S. Lee, District Attorney, Hobart M. Hind, Assistant District Attorney,* for appellee.